**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ray GIBSON, Defendant–Appellant.**

**No. 15-6122**

United States Court of Appeals,
Sixth Circuit.

Decided and Filed: April 19, 2017

Before: COLE, Chief Judge;
BATCHELDER, MOORE, CLAY,
GIBBONS, ROGERS, SUTTON, COOK,
McKEAGUE, GRIFFIN, KETHLEDGE,
WHITE, STRANCH, and DONALD,
Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case. Sixth Circuit Rule 35(b) provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED that the previous decision of this court is vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.